**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>    v. )<br>)<br>**CAMARGO TRUCKING, a California corporation, LUIS G. CAMARGO, an individual,** )<br>)<br>**Defendants.** )<br>)<br>_____) | **1: 12-CV-0775 AWI BAM**<br><br>**ORDER RELATING CASES** |

| | |
|---|---|
| BILLY GENE OLVEDA,<br><br>        Plaintiff,<br><br>v.<br><br>LUIS CAMARGO, | NEW CASE NUMBERS<br><br>1:12-CV-01359 AWI BAM<br>1:12-CV-01234 AWI BAM<br>1:12-CV-01576 AWI BAM<br>1:12-CV-01554-AWI BAM |
| MARC BENNETT,<br><br>        Plaintiff,<br><br>v.<br><br>CAMARGO TRUCKING, | OLD CASE NUMBERS<br><br>1:12-CV-01359-LJO-BAM<br>1:12-CV-01234-AWI-JLT<br>1:12-CV-01576-AWI-SMS<br>1:12-CV-01554-LJO-SKO |
| SABRINA COMBS,<br><br>        Plaintiff,<br><br>v.<br><br>AMTRACK, et al., | |
| JOYCE SORIANO-MCDOWELL,<br><br>        Plaintiff,<br><br>v.<br><br>LUIS CAMARGO, et al,<br><br>        Defendants. | |

The court finds that <u>Billy Gene Olveda v. Luis Camargo, et al.</u>, 1:12-CV-01359 LJO BAM, <u>Marc Bennett v. Camargo Trucking</u>, 1:12-CV-01234 AWI JLT, <u>Sabrina Combs v. Amtrak, et al.</u>, 1:12-CV-01576 AWI SMS, and <u>Joyce Soriano-McDowell v. Luis Camargo, et al.</u>, 1:12-CV-01554 LJO SKO are similar to <u>National Railroad Passenger Corporation v. Camargo Trucking, etc.</u>, 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

2

effort.  See Local Rule 83.  Therefore, IT IS HEREBY ORDERED THAT all the related actions be assigned to the same Judges as National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM, as it is the lower numbered case.  IT IS FURTHER ORDERED THAT all future pleadings shall include the new case numbers.

IT IS SO ORDERED.

Dated:    October 10, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE