**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>   v. )<br>)<br>**CAMARGO TRUCKING, a California corporation, LUIS G. CAMARGO, an individual,** )<br>)<br>)<br>**Defendants.** )<br>)<br>_____) | **1: 12-CV-0775 AWI BAM**<br><br>**ORDER RELATING CASES** |

| | |
|---|---|
| BILLY GENE OLVEDA,            )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>    v.                                    )<br>                                              )<br>LUIS CAMARGO,              )<br>_____)<br>                                              )<br>MARC BENNETT,            )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>    v.                                    )<br>                                              )<br>CAMARGO TRUCKING, )<br>_____)<br>                                              )<br>SABRINA COMBS,          )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>    v.                                    )<br>                                              )<br>AMTRACK, et al.,              )<br>_____)<br>                                              )<br>JOYCE SORIANO-MCDOWELL, )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>    v.                                    )<br>                                              )<br>LUIS CAMARGO, et al,      )<br>                                              )<br>            Defendants.        )<br>_____) | **NEW CASE NUMBERS**<br><br>**1:12-CV-01359 AWI BAM**<br>**1:12-CV-01234 AWI BAM**<br>**1:12-CV-01576 AWI BAM**<br>**1:12-CV-01554-AWI BAM**<br><br><br><br>**OLD CASE NUMBERS**<br><br>**1:12-CV-01359-LJO-BAM**<br>**1:12-CV-01234-AWI-JLT**<br>**1:12-CV-01576-AWI-SMS**<br>**1:12-CV-01554-LJO-SKO** |

   The court finds that <u>Billy Gene Olveda v. Luis Camargo, et al.</u>, 1:12-CV-01359 LJO BAM, <u>Marc Bennett v. Camargo Trucking</u>, 1:12-CV-01234 AWI JLT, <u>Sabrina Combs v. Amtrak, et al.</u>, 1:12-CV-01576 AWI SMS, and <u>Joyce Soriano-McDowell v. Luis Camargo, et al.</u>, 1:12-CV-01554 LJO SKO are similar to <u>National Railroad Passenger Corporation v. Camargo Trucking, etc.</u>, 1:12-CV-00775 AWI BAM in that all cases appear to involve similar questions of fact and law and assignment to the same Judges is likely to effect a substantial savings of judicial

2

effort.  See Local Rule 83.  Therefore, IT IS HEREBY ORDERED THAT all the related actions be assigned to the same Judges as National Railroad Passenger Corporation v. Camargo Trucking, etc., 1:12-CV-00775 AWI BAM, as it is the lower numbered case.  IT IS FURTHER ORDERED THAT all future pleadings shall include the new case numbers.

IT IS SO ORDERED.

Dated:   October 10, 2012                               _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE